# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

2009 NOV 16 AM 11: 34

TONEY SMITH
a/k/a RAPP WARE, )
)
)
    Movant, )
)
v. )          Case No.   CV609-066
)                       CR606-010
UNITED STATES OF AMERICA, )
)
    Respondent. )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _16th_ day of _Nov_, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA